tion for leave to appeal to the Court of Appeals denied, with $10 costs.

LOUDA, Respondent, v. REVILLON et al., Appellants. (Supreme Court, Appellate Division, First Department.. November 10, 1905.) Action by Francis Louda against Theodore Revillon and others. E. Blumenstiel, for appellants. J. Marks, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 91 N. Y. Supp. 194.

LOWTHER et al., Respondent, v. COOK, Appellant, et al. (Supreme Court, Appellate Division, First Department.· November 10, 1905.) Action by Amelia R. Lowther and others against Sylvan L. Cook impleaded. F. Bien, for appellants. W. H. Van Benschoten, for respondent. No opinion. Judgment affirmed, with costs.

LYDON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 11, 1905.) Action by Bridget Lydon, as administratrix, etc., against· the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

NASH, J., dissents, on the ground that plaintiff failed to establish freedom of her intestate from contributory negligence, on the authority of Young v. N. Y., L. E. & W. R. Co., 107 N. Y. 500; 14 N. E. 434, and Reed v. Met. St. Ry. Co., 180 N. Y. 315, 73 N. E. 41.

McCULLOUGH, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division,· First Department. November 10, 1905.) Action by Laura McCullough against the Manhattan Railway Company. A. A. Gardner, for appellant. D. May, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to the sum of $891.76, in which event judgment as so reduced, and the order appealed from, are affirmed, without costs.

McDERMOTT et al. v. YVELIN. (Supreme Court, Appellate Division, First Department. November 17, 1905.) Action by James W. McDermott and another against Cordelia E. Yvelin. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

McDONALD, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Owen McDonald against the Metropolitan Street Railway Company. J. P. Cotton, Jr., for appellant. V. P. Donihee, for respondent. No opinion. Judgment and order affirmed, with costs.

McDONALD, Respondent, v. MIRICK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1905.) Action by William McDonald against Hiram M. Mirick. No opinion. ·Motion for reargument denied, with $10 costs.

MacDONALD, Respondent, v. SCHMIDT, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by John J. MacDonald against Henry Schmidt. M. H. Beall, for appellant. D. P. Hays, for respondent. No opinion. Judgment affirmed, with costs.

McDOUGAL, Appellant, v. MALAGHAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Walter McDougal against John Malaghan and Patrick W. Cullinan, as commissioner of the department of excise, etc. No opinion. Order affirmed, with $10 costs and disbursements.

McGAHEY, Respondent, v. WARD, Appellant. (Supreme Court, Appellate Division, Second Department. October. 12, 1905.) Action by Catherine McGahey against Robert Ward. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

McGINN v. G. H. HAMMOND CO. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by Henry McGinn against the G. H. Hammond Company. No opinion. Motion denied, on payment of $10 costs.

McGINNIS v. McGINNIS. (Supreme Court, Appellate Division, First Department. October 13, 1905.) · Action by Daniel J. McGinnis against Florence C. McGinnis. No opinion. Appeal dismissed, with $10 costs.

McGUIRE, Respondent, v. ROBERTS, Appellant. (Supreme Court, Appellate· Division, Fourth Department. July 31, 1905.) Action by Kate McGuire against William Roberts. C. S. Merenes, for appellant. J. · Frank La Rue, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

· STOVER, J., dissents in an opinion in which WILLIAMS, J., concurs.

STOVER, J. (dissenting). The action is for damages for personal injuries received through a fall into an open areaway leading into the basement of a business block on Main street in the village of Philadelphia, N. Y., which it is claimed the defendant negligently failed to guard. Upon the premises of defendant is a store standing back from the sidewalk six feet. In front of the building is a platform six feet wide, over which access is had from the store to the street. The platform is raised above the level of the street, and at the rear of the platform is a step leading into the store. At the southwesterly side of the store is an entrance to the basement. A board walk· leading from the edge of the sidewalk to about the corner of the building, and from the corner. of the building steps, leads down to the basement entrance. The board walk from the sidewalk to the building is lower than the sidewalk; there being a step down, and, after